COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Clifford K. Phillips v. Barbara J. Copeland

Appellate case number:   01-12-00492-CV

Trial court case number:  61765i

Trial court:                      412th Judicial District Court of Brazoria County

      The district clerk has informed the Clerk of this Court that a copy of the record was sent to appellant on November 28, 2012. Appellant's brief is due **January 4, 2013**.

      It is so ORDERED.


Judge's signature:/s/ Justice Rebeca Huddle
          ☑   Acting individually    ☐  Acting for the Court


Date:  December 4, 2012